AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

|  |  |
|---|---|
| Barbara Burroughs | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| San Juan County School District | |

Case Number: 2:98cv819 ST

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendant and plaintiff's cause of action is dismissed with prejudice.

May 8, 2000
*Date*

Markus B. Zimmer
*Clerk*

(By) Deputy Clerk

Entered on docket
5/9/00 by:
**Deputy Clerk**

ce

United States District Court
for the
District of Utah
May 9, 2000

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:98-cv-00819

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Grant M. Sumsion, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    LITIGATION UNIT
    160 E 300 S 6TH FL
    PO BOX 140856
    SALT LAKE CITY, UT  84114-0856
    JFAX 9,3660101

    L. Zane Gill, Esq.
    1926 E 3900 S
    SALT LAKE CITY, UT  84124